UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERA J KATZ,

                    Plaintiff,

      - against -

TACTILE GROUP, INC, ET AL.,

                  Defendants.

24-cv-2047 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment against Defendant Tactile Group, Inc., in accordance with this Court's Rules and Individual Practices by **May 27, 2024.**

SO ORDERED.

Dated:    New York, New York
          May 13, 2024

                                   John G. Koeltl
                      United States District Judge