```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VERA J KATZ,

      Plaintiff,

  - against -

TACTILE GROUP, INC, ET AL.,

      Defendants.

24-cv-2047 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The parties are directed to appear for a telephone conference on **July 2, 2024**, at **4:00 p.m.**

  Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated: New York, New York
    June 27, 2024

              /s/ John G. Koeltl
               John G. Koeltl
            United States District Judge