UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERA J KATZ,

                     Plaintiff,                24-cv-2047 (JGK)

        - against -                            ORDER

TACTILE GROUP, INC, ET AL.,

                     Defendants.

JOHN G. KOELTL, District Judge:

    The default against Defendant Tactile Group, Inc.
("Tactile"), ECF No. 13, is **vacated.** The Clerk is directed to
close ECF No. 22.

    The time for the defendants to move or answer with respect to
the complaint is **July 23, 2024.** Tactile must retain a lawyer to
move or answer. The time to respond to any motions is **August 13,**
**2024.** The time to reply is **August 27, 2024.**

SO ORDERED.

Dated:    New York, New York
          July 2, 2024

                                    John G. Koeltl
                            United States District Judge