UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERA J KATZ,

            Plaintiff,

- against -

TACTILE GROUP, INC, ET AL.,

            Defendants.

24-cv-2047 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 21, 2024.

SO ORDERED.

Dated:    New York, New York
           August 7, 2024

                                                  */s/ John G. Koeltl*
                                                  John G. Koeltl
                                               United States District Judge