UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERA J. KATZ,

                        Plaintiff,                        **24-CV-02047 (JGK)**

       -against-                           **ORDER RESCHEDULING**
                                                     **SETTLEMENT CONFERENCE**

TACTILE GROUP, INC. et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter scheduled for August 27, 2024, is **adjourned to Wednesday, November 6, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, October 30, 2024.**

      SO ORDERED.

DATED:    New York, New York
                August 20, 2024

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge