**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————

**VERA J. KATZ,**

               **Plaintiff,**

      **- against -**

**TACTILE GROUP, INC., ET AL.,**

               **Defendants.**
———————————————————————

                 **24-cv-2047 (JGK)**

                 <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    In view of the settlement conference in this matter scheduled for November 6, 2024, the time for the parties to file a Rule 26(f) report is extended to **November 13, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 23, 2024**

                   /s/John G. Koeltl
                    **John G. Koeltl**
             **United States District Judge**