UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VERA J. KATZ,

                           Plaintiff,                    **24-CV-02047 (JGK)**

       -against-                    **ORDER SCHEDULING**
                                                               **SETTLEMENT CONFERENCE**

TACTILE GROUP, INC. et al,

                          Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is scheduled for **Friday, November 22, 2024, at 12:00 p.m.** via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter.

      SO ORDERED.

DATED:     New York, New York
                 November 8, 2024

                                                                            VALERIE FIGUEREDO
                                                                             United States Magistrate Judge