# KAUFMAN & KAHN, LLP

November 14, 2024

BY ECF

Hon. Valerie Figueredo
United States District Court, SDNY
500 Pearl Street
Courtroom 14A
New York, NY 10007-1312

    Re:    *Katz v. Tactile Group, Inc., et al,*
              (Case No. 1:24-cv-02047-JGK-MF)

> **MEMO ENDORSED**
> /s/ Valerie Figueredo
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> **Dated:** 11/18/24
>
> The settlement conference scheduled for November 22, 2024 is hereby adjourned. The Court will reschedule the conference for a later date under a separate order.

To the Honorable Judge Figueredo:

    We are attorneys for Defendants Tactile Group, Inc. and Danielle Peake in the above-referenced case. Thank you for meeting with the parties last week and for scheduling another settlement conference for November 22, 2024 at noon. Unfortunately, Dr. Peake has an appointment to take a relative for cancer treatment on that date, and she cannot get anyone else to cover the appointment. The hospital structure will probably prevent her from logging into the Zoom meeting and will not be sufficiently private or appropriate for settlement discussions.

    Subject to the Court's availability, the parties would be available on any of the following dates: November 27, or December 4 or 18. Plaintiff's counsel has consented to the foregoing and is available on the dates indicated above.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                /s/ Mark S. Kaufman
                                Mark S. Kaufman