UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERA J. KATZ,

                       Plaintiff,                    24-CV-02047 (JGK)

      -against-                    **ORDER RESCHEDULING**
                                              **SETTLEMENT CONFERENCE**

TACTILE GROUP, INC. et al,

                       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Friday, December 13, 2024 at 3:00 p.m.** The conference will be conducted via videoconference on Zoom, and the Court will send the parties the Zoom information closer to the conference date.

      The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Friday, December 6, 2024.**

      SO ORDERED.

DATED:    New York, New York
               November 22, 2024

                                                            _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge