```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――――

**VERA J KATZ,**

                **Plaintiff,**

    - against -

**TACTILE GROUP, INC., ET AL.,**

                **Defendants.**

―――――――――――――――――――――――――――――――――――

**24-cv-2047 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    By **March 21, 2025,** the defendants should respond to the application of their counsel to withdraw. This action is stayed until further notice.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 4, 2025**

                                                          /s/ John G. Koeltl
                                                            **John G. Koeltl**
                                                    **United States District Judge**