```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

VERA J KATZ,

            Plaintiff,

   - against -

TACTILE GROUP, INC., ET AL.,

            Defendants.

---

24-cv-2047 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the attached submissions from the defendants by email on May 5, 2025. The defendants request an extension of time to obtain new counsel. The plaintiff consents.

    The defendants' request for an extension is granted. The case is stayed until **May 16, 2025**, to allow the defendants to obtain new counsel.

SO ORDERED.

Dated:    New York, New York  
           May 6, 2025

                                        _____  
                                        John G. Koeltl  
                                      United States District Judge

**Koeltl NYSD Chambers**

| | |
|---|---|
| **From:** | D Peak <drpcharm@msn.com> |
| **Sent:** | Monday, May 5, 2025 5:04 AM |
| **To:** | Koeltl NYSD Chambers |
| **Subject:** | Fw: Case No. 1:24-CV-02047-JGK-VF Response to Honorable John G. Koeltl: Expansion of time request |
| **Attachments:** | Extension Request.pdf |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Re: Vera J. Katz vs. Danielle Peake and Tactile Group Inc.

Dear Honorable Judge Koeltl,

Please find the attached pdf and email below that was sent to the court's Pro Se email address on last Friday, May 2, 2025. I believe I should have cc'd you on this email as well. My apologies.

Thank you,
Danielle Peake
Tactile Group Inc.
(917) 805-8239

Get Outlook for iOS

---

**From:** S. Tomblin <shauntomblin@gmail.com>
**Sent:** Friday, May 2, 2025 1:59 PM
**To:** Prose@nysd.uscourts.gov <Prose@nysd.uscourts.gov>
**Cc:** drpcharm@msn.com <drpcharm@msn.com>
**Subject:** Case No. 1:24-CV-02047-JGK-VF Response to Honorable John G. Koeltl: Expansion of time request

Good Afternoon,

Please see attached request for time extension in the case of Katz vs Tactile Group Inc and Dr. Danielle Peake.

--
*Regards,*

*S. Tomblin*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

VERA J. KATZ,

Plaintiff,
-- against --
TACTILE GROUP, INC. and DR. DANIELLE PEAKE,

Defendants.

-------------------------------------------------

X
:
:
:
:
:
:
:
:
X

Case No. 1:24-CV-02047-JGK-VF

**DEFENDANTS RESPONSE TO COURTS MOTION TO SECURE COUNSEL**

Dear Honorable John G. Koeltl

I, Dr. Danielle Peake, am writing on behalf of defendants Dr. Danielle Peake (Pro Se) and Tactile Group Inc in the case of Katz vs Tactile Group Inc and Dr. Danielle Peake, to respectfully request an extension of time to secure legal representation for the following reasons:

- Both parties are currently engaged in good faith discussions aimed at resolving this dispute outside of court. Plaintiff's counsel, Lita Rosario-Richardson, consents to the expansion of time and does not oppose the extension request.
- Concurrently, defendants have been working diligently to retain new counsel. However, the attorney selected to take over experienced an unexpected medical issue, which prevented effective communication until May 1, 2025.
- As a result, I am petitioning your Honor for an additional 10-days to formalize representation to ensure proper handling of the case moving forward and/or resolve the matter with plaintiff via good faith negotiations.

The court's consideration to my request for an extension of time is very much appreciated as I remain committed to acting in good faith throughout this process.

Sincerely,
Dr. Danielle Peake
Tactile Group INC.