UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERA J. KATZ,

                                 Plaintiff,          **24-CV-02047 (JGK) (VF)**

      -against-                           **ORDER**

TACTILE GROUP, INC. et al,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the notice of appearance filed on behalf of Defendants (ECF No. 65), the parties are directed to file a joint status update by **June 27, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               May 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge