UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERA J. KATZ,

                        Plaintiff,                      **24-CV-02047 (JGK) (VF)**

       -against-                               **ORDER**

TACTILE GROUP, INC. et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record during the August 4, 2025 telephone conference, to the extent that Defendants' submission received by the Court on March 24, 2025 is construed as a motion for sanctions (ECF Nos. 60-61), the request for sanctions is DENIED.

      **SO ORDERED.**

DATED:     New York, New York
                August 13, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge