UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERA J. KATZ,                                         24-cv-2047 (JGK)

               Plaintiff,                  ORDER

   - against -

TACTILE GROUP, INC., ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The counterclaim defendant, Vera Katz, is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss certain counterclaims, ECF No. 79.

**SO ORDERED.**

Dated:    New York, New York
            November 11, 2025

                                               /s/ John G. Koeltl
                                               John G. Koeltl
                                          United States District Judge