**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VERA J. KATZ,

                        Plaintiff,                     **24-CV-02047 (JGK) (VF)**

        -against-                               **ORDER**

TACTILE GROUP, INC. et al,

                       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court is in receipt of the revised case management plan filed at ECF No. 94. The

parties are directed to file a case management plan signed by both parties on or before **January**

**9, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
              December 29, 2025

                                             _____
                                             VALERIE FIGUEREDO
                                             United States Magistrate Judge